98 A.3d 572

IN THE MATTER OF JEFFERY L. KRAIN, AN ATTORNEY
AT LAW (ATTORNEY NO. 010371978).

September 23, 2014.

## ORDER

This matter having been duly presented, it is ORDERED that **JEFFERY L. KRAIN** of **PALMYRA,** who was admitted to the bar of this State in 1978, and who was suspended from the practice of law for a period of six months effective March 11, 2014, by Order of this Court filed February 12, 2014, be restored to the practice of law, effective immediately.